## Rogers v. The State.

APPEAL from Gadsden City Court.

Tried before the HON. JOHN H. DISQUE.

AIKEN & MARTIN, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder; was convicted of murder in the second degree, and sentenced to the penitentiary for ten years. On this appeal the court holds that the trial court in its rulings followed the ruling of this court on the former appeal, and that there was no error in the record—*Rogers v. State*, 117 Ala. 9. The judgment of conviction is affirmed.

Opinion by McCLELLAN, J.